UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER PETERSON,
      Plaintiff,

- against -

CBS STUDIOS, INC.,

      Defendant.

**ORDER**

20 Civ. 4902 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The parties will discuss settlement over the next thirty days. By **January 11, 2021**, the parties will submit a joint letter regarding the status of settlement negotiations. If the case has not settled by that time, the Court will enter a case management plan.

Dated: New York, New York
    December 10, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge