

**Elizabeth Dunn**
Assistant General Counsel, Litigation
ViacomCBS Law Department
51 West 52 Street
New York, New York 10019-6188
O: 212.975.2083
Elizabeth.Dunn@cbs.com

January 11, 2021

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

> MEMO ENDORSED
>
> The Application is granted.
>
> SO ORDERED:
>
> *[signature]*
> Paul G. Gardephe, U.S.D.J.
>
> Dated: January 12, 2021

Re:   *Christopher Peterson v. CBS Studios Inc.*, **Case No. 1:20-cv-4902 (PGG)**

Dear Judge Gardephe:

My office represents Defendant CBS Studios Inc. in the above-referenced action that alleges copyright infringement concerning a photograph of a model.

Pursuant to Your Honor's Order requiring the parties to discuss settlement and file a joint letter regarding the status of settlement negotiations on or before January 11, 2021 (Dkt. No. 17), the parties write to report that though they have not yet reached a settlement, they are continuing to engage in settlement discussions and respectfully request an additional thirty days to further their efforts to resolve this matter amicably.

Sincerely,

Plaintiff by:

/s/ James H. Freeman
James H. Freeman
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
JF@LiebowitzLawFirm.com

Defendant by:

/s/ Elizabeth Dunn
Naomi B. Waltman
Andrew K. Nieh
Elizabeth Dunn
51 W. 52nd Street
New York, NY 10019
Telephone:  (212) 975-2083
Elizabeth.Dunn@cbs.com

cc:     All counsel of record via ECF